1192

No. 99–7559.  PALMER v. NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 99–7561.  BLACK v. TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 99–7566.  SLEPPY v. OHIO.  Ct. App. Ohio, Darke County. Certiorari denied.

No. 99–7567.  SULLIVAN v. OREGON.  Ct. App. Ore.  Certiorari denied.

No. 99–7568.  SMITH v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 99–7571.  LOUIS v. CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 99–7572.  McFADDEN v. FORD MOTOR CO. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 99–7586.  SHANKS v. HUBBARD, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–7593.  MAYBERRY v. STONER ET AL.  Ct. Civ. App. Ala. Certiorari denied.

No. 99–7597.  WILLIAMS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 99–7600.  SLAUGHTER v. KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 99–7624.  MOLINA v. SPANOS ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 99–7652.  MARTIN v. CLINTON, PRESIDENT OF THE UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–7667.  HOWARD v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 99–7674.  LAU v. SULLIVAN COUNTY DISTRICT ATTORNEY ET AL.  C. A. 2d Cir.  Certiorari denied.